IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>TRUSONIC, INC., et al.<br><br>Defendants. | CIVIL ACTION<br>NO. 5:06-CV-270-MHS<br><br>CM/ECF<br><br>JURY TRIAL DEMANDED |

**ORDER OF DISMISSAL**

Before the Court are:

(1) a Joint Motion To Lift Stay And To Enter Order Of Dismissal With Prejudice (Dqe. No. 352) filed by Plaintiff Antor Media Corporation and Defendants AOL LLC and AOL Music Now LLC ("Joint Motion"); and

(2) a Notice Of Joinder In Joint Motion To Lift Stay And To Enter Order Of Dismissal With Prejudice "*F qe0P q0576+" filed by Defendants CBS Corporation, CBS Interactive Inc., FriendFinder Networks, Inc., General Media Communications, Inc., LFP, Inc. (a/k/a Larry Flynt Publications), LFP Internet Group, LLC, Napster, Inc., News Corporation, Playboy Enterprises, Inc., Time Warner Inc., Viacom, Inc., and Warner Music Group Corp. ("Notice of Joinder").

The Court is of the opinion that the Joint Motion should be GRANTED and that it further be ORDERED, pursuant to the Notice of Joinder, that all claims asserted kp"vj ku"cevkqp"dg"FKUOKUUGF" YKVJ "RTGLWFKEG."y kj "cm'equvu."gzrgpugu."cpf "cwqtpgyuø'hggu"vq"dg"dqtpg"d{"vj g"rctv{"vj cv"kpewttgf" yj go 0'

**SIGNED this 19th day of December, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE