**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION | § § | |
| v. | § § § | Case No. 5:06-cv-270 |
| TRUSONIC, INC., et al. | § | |

## FINAL JUDGMENT

In accordance with the Court's order dismissing the claims in this case with prejudice, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

It is SO ORDERED.

SIGNED this 19th day of December, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE