IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION | § § § § | |
| v. | § | Case No. 5:06-cv-270 |
| | § § § § | |
| TRUSONIC, INC., et al. | § § | |

**ORDER FOR STATUS REPORT**

Plaintiff filed this action alleging that Defendants infringed U.S. Patent No. 5,734,961 (the '961 patent). On May 11, 2009, the Court stayed this case pending reexamination of the '961 patent.

On October 21, 2010, the Board of Patent Appeals and Interferences rejected the claims in the '961 patent, which is the only patent at issue in this case. The Court of Appeals of the Federal Circuit affirmed the rejection. Accordingly, Plaintiff and 14 of the remaining Defendants moved this Court to dismiss the action. On December 19, 2012, the Court dismissed all claims involving the moving Defendants.

On January 14, 2013, the Court ordered Plaintiff and all remaining Defendants to file closing documents or a joint status report within five days. Some of the parties did not comply with the order. The Court again ordered the remaining parties to file a status report or closing documents, warning that failure to comply with the deadline would result in dismissal without prejudice of the remaining claims. *See Local R. CV-41*.

The parties have not filed any additional documents in this case. Accordingly, and

pursuant to this Court's previous order, all remaining claims are DISMISSED WITHOUT PREJUDICE.

**It is SO ORDERED.**

**SIGNED this 13th day of February, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE