# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| ANTOR MEDIA CORPORATION | § | |
| | § | |
| v. | § | Case No. 5:06-cv-270 |
| | § | |
| MOTOROLA, INC. | § | |

## FINAL JUDGMENT

In accordance with the Court's order dismissing the remaining claims in this case with prejudice, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 13th day of February, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE